UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALVAREZ SANCHEZ, A- 241-863-918,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY,<br><br>　　　　　Respondent. | No.  1:26-cv-4472-TLN-CKD<br><br><br>ORDER |

Petitioner is detained by Immigration and Customs Enforcement and proceeds without counsel through a next friend with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has not filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a).

Petitioner also has not requested appointment of counsel, but the court will consider appointing counsel for petitioner based on the complexity of the legal issues involved if petitioner is indigent and files a motion to proceed in forma pauperis. See 18 U.S.C. § 3006A(a)(2)(B); Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Accordingly, petitioner will be provided the opportunity to either pay the filing fee or submit the appropriate affidavit in support of a request to proceed in forma pauperis.

Petitioner also has not named a proper respondent which makes the petition subject to

1

dismissal. A petitioner seeking habeas corpus relief must name the officer having custody of him as the respondent to the petition. 28 U.S.C. § 2242; Rumsfeld v. Padilla, 542 U.S. 426, 430 (2004); Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996). The proper respondent "is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official." Padilla, 542 U.S. at 435; see also Doe v. Garland, 109 F.4th 1188, 1199 (9th Cir. 2024).

The court will give petitioner the opportunity to amend the petition to name a proper respondent, such as the warden or facility administrator of his facility. Padilla, 542 U.S. at 440 ("the immediate custodian, not a supervisory official who exercises legal control, is the proper respondent"). In the interests of judicial economy, instead of filing an amended petition, petitioner may optionally file a motion entitled "Motion to Amend the Petition to Name a Proper Respondent" in which petitioner names a proper respondent to be substituted in this action.

In accordance with the above, IT IS ORDERED that:

1. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form (regular short form) used by this district.

2. Petitioner shall submit, within thirty days from the date of service of this order, either an affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

3. Petitioner is granted 30 days from the date of service of this order to file a motion entitled "Motion to Amend the Petition to Name a Proper Respondent" in which petitioner names a proper respondent to be substituted in this action.

Dated:  June 16, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 sanc4472.101a.imm sub

2