UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL ALVAREZ SANCHEZ, A- 241-863-918,

        Petitioner,

   v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

        Respondents.

No.  1:26-cv-4472-TLN-CKD P

ORDER

Petitioner filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and now requests to amend the petition to name a proper respondent, Tonya Andrews, Warden of the Golden State Annex Detention Facility. The motion to amend is granted. In addition, pursuant to 28 U.S.C. § 2243, respondent shall file a response to the first amended petition.

Good cause appearing, IT IS ORDERED as follows:

1.  Petitioner's motion to amend to name Tonya Andrews, Warden of Golden State Annex Detention Facility, as a proper respondent (ECF No. 7) is GRANTED.

2.  Respondents shall file a response to the petition within 14 days and shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

////

1

3.  Petitioner's optional reply, if any, is due on or before 14 days from the date of service of respondent's response.

Dated:  June 24, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 sanc4472.res

2